1    **UNITED STATES DISTRICT COURT**

2    **NORTHERN DISTRICT OF CALIFORNIA**

3    **SAN JOSE DIVISION**

4

5    UNITED STATES OF AMERICA,                    Case No. 15-cr-00340-BLF-1

6                    Plaintiff,

7              v.                                 **ORDER DENYING DEFENDANT'S
                                                  REQUEST FOR EXTENSION OF
                                                  SURRENDER DATE**
8    WALTER RHODES,
                                                  [Re: ECF 39]
9                    Defendant.

10

11        On December 6, 2016, the Court sentenced Walter Rhodes to a term of 12 months and one

12   day in custody for violating one count of 26 U.S.C. § 7201. ECF 34. The Court ordered Mr.

13   Rhodes to surrender to the United States Marshal on March 1, 2017, no later than 2:00 p.m.

14   Subsequently, on February 16, 2017, the parties stipulated to a 90-day extension of the surrender

15   date to June 1, 2017, "so long as no other extensions to surrender are requested by Mr. Rhodes."

16   ECF 38.

17        Defendant now requests an additional 30-day extension of his surrender date to allow him

18   to address certain medical issues, which the Government opposes. ECF 39, 40. Because the prior

19   extension of Mr. Rhodes surrender date was made on the representation that it would be his one

20   and only request, because there is no assurance that the identified medical problem can be

21   addressed within the requested time period insofar as Defendant has not yet seen the specialist,

22   and because the Court is satisfied that the Bureau of Prisons can adequately address Defendant's

23   medical needs, the Court DENIES Defendant's request.

24        **IT IS SO ORDERED.**

25

26   Dated: May 31, 2017

27   _____
     BETH LABSON FREEMAN
28   United States District Judge